THE STATE OF OHIO, APPELLANT, *v.* CHRISTIAN, APPELLEE.

[Cite as *State v. Christian*, 143 Ohio St.3d 417, 2015-Ohio-3374.]

(Nos. 2014–1318 and 2014–1554—Submitted August
11, 2015—Decided August 25, 2015.)

---

{¶ 1} The judgment of the court of appeals is vacated and the case is remanded to the court of appeals to consider the evidence of an enterprise in light of *State v. Beverly,* 143 Ohio St.3d 258, 2015-Ohio-219, 37 N.E.3d 116.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents.

---

Mathias H. Heck, Montgomery County Prosecuting Attorney, and Kirsten A. Brandt, Assistant Prosecuting Attorney, for appellant.

Brock A. Schoenlein, for appellee.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, and FRENCH, JJ., concur.